IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| LEONARD G. ALLEN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 3:11-CV-92 (CAR) |
| MICHAEL J. ASTRUE, | : | SOCIAL SECURITY APPEAL |
| Commissioner of Social Security | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 13] to affirm the Social Security's Commissioner's decision denying Plaintiff's application for supplemental security income and disability insurance benefits.  No Objection was filed, and having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge.  The Recommendation [Doc. 13] is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**; the final decision of the Commissioner is hereby **AFFIRMED**.

1

**SO ORDERED,** this 14th day of March, 2012.

                                             <u>S/ C. Ashley Royal</u>
                                             C. ASHLEY ROYAL
                                             UNITED STATES DISTRICT JUDGE

LMH